# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SHAWN GRALISH, | Civil No. 21-cv-0711 (JRT/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. GOVERNMENT, | |
| Defendant. | |

Shawn Gralish, 110 East 18th Street, Apt 411, Minneapolis, MN 55403, *pro se* plaintiff.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated April 27, 2021 (ECF No. 3), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Mr. Gralish's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim.

2. Mr. Gralish's application to proceed *in forma pauperis* (ECF No. 2) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: August 11, 2021
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court